UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ALLEN DAVIS PRUITT,

        Plaintiff,

                                                Case No. 10-14346

v.

                                       HONORABLE AVERN COHN

COMMISSIONER OF SOCIAL SECURITY,

        Defendant.
_____/

**ORDER ADOPTING REPORT AND RECOMMENDATION (Doc. 18)**
**AND**
**GRANTING DEFENDANT'S MOTION FOR SUMMARY JUDGMENT (Doc. 17)**
**AND**
**DENYING PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT (Doc. 16)**
**AND**
**DISMISSING CASE**

I.

      This is a social security case.  Plaintiff Allen Davis Pruitt appeals from the final determination of the Commissioner of Social Security (Commissioner) that he is not disabled and therefore not entitled to disability insurance benefits.  The matter was referred to a magistrate judge for all pretrial proceedings.  Plaintiff and the Commissioner filed cross motions for summary judgment.

      On September 14, 2011, the magistrate judge issued a report and recommendation (MJRR) recommending that the Commissioner's motion be granted, that Plaintiff's motion be denied, and the case be dismissed.

II.

Neither party has filed objections to the MJRR and the time for filing objections has passed. The failure to file objections to the report and recommendation waives any further right to appeal. Smith v. Detroit Federation of Teachers Local 231, 829 F.2d 1370, 1373 (6th Cir.1987). Likewise, the failure to object to the magistrate judge's report releases the Court from its duty to independently review the motions. Thomas v. Arn, 474 U.S. 140, 149 (1985). However, the Court has reviewed the MJRR and agrees with the magistrate judge. Accordingly, the findings and conclusions of the magistrate judge are ADOPTED as the findings and conclusions of the Court. The Commissioner's motion for summary judgment is GRANTED. Plaintiff's motion for summary judgment is DENIED. This case is DISMISSED.

SO ORDERED.

 S/Avern Cohn   
AVERN COHN  
UNITED STATES DISTRICT JUDGE

Dated: October 26, 2011

I hereby certify that a copy of the foregoing document was mailed to the attorneys of record on this date, October 26, 2011, by electronic and/or ordinary mail.

 S/Julie Owens   
Case Manager, (313) 234-5160