UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ALLEN DAVIS PRUITT,

          Plaintiff,

Case No.     10-14346

HONORABLE AVERN COHN

v.

COMMISSIONER OF
SOCIAL SECURITY,

          Defendant.
_____/

## JUDGMENT

For the reasons stated in the Order Adopting Report and Recommendation judgment is entered in favor of the defendant and against the plaintiff and the case is DISMISSED.

DAVID WEAVER

Dated: October 26, 2011      By: s/Julie Owens
                                     Deputy Clerk

I hereby certify that a copy of the foregoing document was mailed to the attorneys of record on this date, October 26, 2011, by electronic and/or ordinary mail.

                                       S/Julie Owens
                                       Case Manager, (313) 234-5160